

**Dennis J. Butler**
(302) 394-6006/fax: (302) 394-6031
dbutler@panitchlaw.com

October 5, 2018

**VIA ECF**

Hon. Colm F. Connolly
United States District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801

  Re: *Life Alert Emergency Response, Inc. v. Excelsis Investments, Inc. et al*
    Case No. 18-cv-00833-CFC

Dear Judge Connolly:

  Pursuant to the Order Setting Rule 16(b) Conference for Patent Case, the parties hereby submit the attached agreed-to [Proposed] Scheduling Order.

             Respectfully submitted,

             /s/ *Dennis J. Butler*
             Dennis J. Butler, Esq.
             Del. Bar. #5981

Enclosures

Cc: All Counsel of Record (by ECF)