

**Dennis J. Butler**
(302) 394-6006/fax: (302) 394-6031
dbutler@panitchlaw.com

October 11, 2018

**VIA ECF**

The Honorable Colm F. Connolly
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street, Unit 31, Room 4124
Wilmington, DE 19801

    Re:    *Life Alert Emergency Response, Inc. v. Excelsis Investments, Inc. et al*
              Case No. 18-cv-00833-CFC

Dear Judge Connolly:

    Pursuant to the Court's October 10, 2018 Minute Entry and discussion during the Scheduling Conference, the parties hereby submit the attached final [Proposed] Scheduling Order.

                                      Respectfully submitted,

                                      /s/ *Dennis J. Butler*
                                      Dennis J. Butler, Esq.
                                      Del. Bar. #5981

Enclosure

Cc: All Counsel of Record (by ECF)