IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | |
|---|---|
| LIFE ALERT EMERGENCY RESPONSE, INC.,<br><br>*Plaintiff,*<br><br>v.<br><br>EXCELSIS INVESTMENTS, INC. *d/b/a* STEALTH TECHNOLOGIES, INC., HSNi, LLC, and HSN, INC.<br><br>*Defendant.* | Civil Action No. 18-cv-00833-CFC<br><br>JURY TRIAL DEMANDED |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

All parties, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and in furtherance of a confidential Settlement Agreement And Mutual Release executed by the parties, through their respective counsel of record, hereby stipulate that all of Plaintiff's claims against Defendants in this action are dismissed with prejudice. Each party shall bear its own attorney's fees and costs except to the extent specifically excepted in the confidential Settlement Agreement and Mutual Release.

Dated: July 24, 2019

| | |
|---|---|
| MOORE & RUTT, P.A. | PANITCH SCHWARZE BELISARIO & NADEL, LLP |
| By: */s/ Scott G. Wilcox* | By: */s/ Dennis J. Butler* |
| Scott G. Wilcox (#3882)<br>1007 N. Orange St., Suite 437<br>Wilmington, DE 19801<br>Telephone: (302) 463-7537<br>Facsimile:  (302) 856-4518<br>swilcox@mooreandrutt.com | John D. Simmons (#5996)<br>Dennis J. Butler (#5981)<br>Keith A. Jones, admitted *pro hac vice*<br>Wells Fargo Tower<br>2200 Concord Pike, Suite 201<br>Wilmington, DE 19803-2909<br>Telephone: (302) 394-6030<br>Facsimile:  (215) 965-1331<br>dbutler@panitchlaw.com<br>jsimmons@panitchlaw.com |
| OF COUNSEL | OF COUNSEL |
| LAW OFFICE OF ROBERT ECKARD & ASSOCIATES, P.A. | PANITCH SCHWARZE BELISARIO & NADEL, LLP |
| Robert D. Eckard, admitted *pro hac vice*<br>3110 Palm Harbor Blvd.<br>Palm Harbor, FL 34683<br>Telephone: (727) 772-1941<br>robert@roberteckardlaw.com | Keith A. Jones, admitted *pro hac vice*<br>Two Commerce Square<br>2001 Market Street, Suite 2800<br>Philadelphia, PA 19103-7044<br>Telephone: (215) 965-1330<br>kjones@panitchlaw.com |
| *Attorneys for Defendant Excelsis Investments, Inc.* | *Attorneys for Plaintiff Life Alert Emergency Response Inc.* |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

By:*/s/  Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)
Taylor M. Haga (#6549)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
Telephone: (302) 658-9200
jbbefiling@mnat.com
thaga@mnat.com

OF COUNSEL

BAKER & HOSTETLER LLP

Kevin W. Kirsch, admitted *pro hac vice*
312 Walnut Street, Suite 3200
Cincinnati, OH 45202
Telephone: (513) 929-3400
kkirsch@bakerlaw.com

BAKER & HOSTETLER LLP

Jason P. Grier, admitted *pro hac vice*
1170 Peachtree Street, Suite 2400
Atlanta, GA 30309
Telephone:  (404) 459-0050
jgrier@bakerlaw.com

BAKER & HOSTETLER LLP

Andrew E. Samuels, admitted *pro hac vice*
200 Civic Center Drive, Suite 1200
Columbus, OH 43215
Telephone:  (614) 228-1541
asamuels@bakerlaw.com

*Attorneys for Defendants HSNi, LLC and HSN, Inc.*

SO ORDERED this the ____ day of _____, 2019.

_____
The Honorable Colm F. Connolly